IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE M. OJEDA, | ) | 1:09cv01061 DLB |
| | ) | |
| Plaintiff, | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | (Document 12) |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

On February 26, 2010, the Court issued an order to show cause why sanctions should not be imposed for Plaintiff's failure to file an opening brief.

On March 16, 2010, Plaintiff responded to the order to show cause and filed an opening brief. Plaintiff's counsel states that she inadvertently failed to calendar necessary dates, which led to the failure to file an opening brief. Counsel states that her assistant was on maternity leave and although she attempted to calendar response dates, she was unfamiliar with the computerized calendaring system.

1

Based on Plaintiff's response and the filing of his opening brief, the order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **March 17, 2010**  /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE