1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8928
      Facsimile:  (415) 744-0134
7     E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JOSE M. OJEDA, ) | CIVIL NO. 1:09-CV-1061-DLB |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO EXTEND TIME |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 35 days from April 15, 2010 to May 20, 2010.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

//
//
//
//
//

Defendant needs the additional time to further review the file and prepare a response in this matter.

                                                 Respectfully submitted,

Dated: April 14, 2010                  */s/ Denise B. Haley*
                                                 (As authorized via email)
                                                 DENISE B. HALEY
                                                 Attorney for Plaintiff

Dated: April 14, 2010                  BENJAMIN B. WAGNER
                                               United States Attorney
                                               LUCILLE GONZALES MEIS
                                               Regional Chief Counsel, Region IX
                                               Social Security Administration

                                               */s/ Kathryn R. Watson*
                                               KATHRYN R. WATSON
                                             Special Assistant United States Attorney
                                             Social Security Administration

**ORDER**

IT IS SO ORDERED.

**Dated:**   **April 15, 2010**                      **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE