Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Jose M. Ojeda

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| JOSE M. OJEDA, | Case No.: 09 CV 01061 DLB |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees, costs, and expenses in the amount of $4,040.00 for fees and $60.00 for costs, as authorized by 28 U.S.C. § 2412, subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATED: September 15, 2010          /s/ Dennis L. Beck
                                   United States Magistrate Judge